| PROB 22<br>(Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>4:16CR00101-3 RLW |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>**21-tp-20048-WILLIAMS** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Jatson Alvarez | DISTRICT<br>Eastern District of Missouri | DIVISION<br>Eastern Division<br>St. Louis, MO |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Ronnie L. White<br>United States District Judge | FILED BY____KS____D.C.<br><br>*Jun 2, 2021*<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>February 12, 2021 | TO<br>February 11, 2024 |

OFFENSE
Count 1: Conspiracy to Commit Offenses Against the United States; Court 2: Mail Fraud; Count 5 and 7: Possession of counterfeit Access Devices; Count 8: Fraudulent Use of Access Devices; Count 12: Aggravated Identify Theft

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 17, 2021
_____
*Date*

*Ronnie L. White* (signature)
_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 2, 2021 (handwritten)
_____
*Effective Date*

(signature)
_____
*United States District Judge*

AO 245B (Rev. 10/15)
Sheet 1- Judgment in a Criminal Case

# United States District Court

## Eastern District of Missouri

UNITED STATES OF AMERICA

v.

Jatson Alvarez

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: 4:16CR00101-3 RLW

USM Number: 45700-044

THE DEFENDANT:

Felicia A. Jones
_____
Defendant's Attorney

☒ pleaded guilty to count(s) one, two, five, seven, eight and 12 of the indictment on August 18, 2016.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Offenses Against the United States | March 3, 2016 | One |
| 18 U.S.C. § 1341 and 18 U.S.C. § 2 | Mail Fraud | March 3, 2016 | Two |
| 18 U.S.C. §§ 1029(a)(3), 1029(c)(1)(A)(i), and 18 U.S.C. § 2 | Possession of Counterfeit Access Devices | March 3, 2016 | five and seven |

The defendant is sentenced as provided in pages 2 through   9   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 22, 2016
_____
Date of Imposition of Judgment

_signature_
Signature of Judge

Ronnie L. White
United States District Judge
_____
Name & Title of Judge

November 22, 2016
_____
Date signed

Record No.:  719

AO 245B (Rev. 10/15)     Sheet 1A - Judgment in a Criminal Case

Judgment-Page __2__ of __9__

DEFENDANT: Jatson Alvarez

CASE NUMBER: 4:16CR00101-3 RLW

District: Eastern District of Missouri

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1029(a)(2), 1029(c)(1)(A)(i), and 18 U.S.C. § 2 | Fraudulent Use of Access Devices | March 3, 2016 | eight |
| 18 U.S.C. § 1028A and 18 U.S.C. § 2 | Aggravated Identity Theft | February 29, 2016 | 12 |

AO 245B (Rev. 10/15)    Judgment in Criminal Case    Sheet 2 - Imprisonment

Judgment-Page  3  of  9

DEFENDANT:  Jatson Alvarez

CASE NUMBER:  4:16CR00101-3 RLW

District:    Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of  54 months.

This term consists of a term of 30 months on each of Counts 1, 2, 5, 7, and 8, all such terms to be served concurrently; and a sentence of 24 months on Count 12, to be served consecutive to Counts 1, 2, 5, 7, and 8, for an aggregate sentence of 54 months.

☒  The court makes the following recommendations to the Bureau of Prisons:

While in the custody of the Bureau of Prisons, it is recommended the defendant be evaluated for participation in an Occupational/Educational program and in the Financial Responsibility Program. It is further recommended that the defendant be housed in a facility as close as possible to Miami, Florida. Such recommendations are made to the extent they are consistent with the Bureau of Prisons policies.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ a.m./pm on _____

    ☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____

    ☒  as notified by the United States Marshal

    ☐  as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE

AO 245B (Rev. 10/15)    Judgment in Criminal Case    Sheet 3 - Supervised Release

Judgment—Page  4  of  9

DEFENDANT:  Jatson Alvarez
CASE NUMBER:  4:16CR00101-3 RLW
District:    Eastern District of Missouri

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  three years.

This term consists of a term of three years on each of Counts 1, 2, 5, 7, and 8; and one year on Count 12, all such terms to run concurrently. If not deported, within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 10/15)    Judgment in Criminal Case    Sheet 3A - Supervised Release

Judgment-Page __5__ of __9__

DEFENDANT:  Jatson Alvarez
CASE NUMBER:  4:16CR00101-3 RLW
District:  Eastern District of Missouri

## ADDITIONAL SUPERVISED RELEASE TERMS

While on supervision, the defendant shall comply with the standard conditions that have been adopted by this Court and shall comply with the following additional conditions. If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter for use of a controlled substance.

2. The defendant shall participate in educational services programs as directed by the probation office. Such programs may include High School Equivalency preparation, Adult Basic Education, Literacy, and other classes designed to improve the defendant's educational proficiency.

3. The defendant shall provide the probation office and the Financial Litigation Unit (FLU) of the U.S. Attorney's Office access to any requested financial information. The defendant is advised that the probation office may share financial information with FLU.

4. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation office so long as there is a balance on the Court-imposed financial obligation.

5. The defendant shall apply all monies received from any anticipated and/or unexpected financial gains, including any income tax refunds, inheritances, or judgments, to the outstanding Court-ordered financial obligation. The defendant shall immediately notify the probation office of the receipt of any indicated monies.

6. The defendant shall pay the restitution as previously ordered by the Court.

7. The defendant shall submit his person, residence, office, or vehicle to a search conducted by the probation office based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

8. The defendant shall participate in all deportation proceedings and remain outside the United States, if deported.

AO 245B (Rev. 10/15)    Judgment in Criminal Case        Sheet 5 - Criminal Monetary Penalties

Judgment-Page  6  of  9

DEFENDANT:  Jatson Alvarez
CASE NUMBER:  4:16CR00101-3 RLW
District:  Eastern District of Missouri

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $600.00 | | $19,898.37 |

☐ The determination of restitution is deferred until _____ . *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Regions Bank, Attn.: Hal Stone | | $394.15 | |
| 8182 Maryland Ave., 2nd Floor, St. Louis, MO 63105 | | | |
| Discover Card Services, Attn.: William McNally | | $16,882.60 | |
| 6500 New Albany Road, New Albany, OH 43054 | | | |
| First Community Credit Union, Attn.: Josh Murphy | | $852.07 | |
| 17151 Chesterfield Airport Rd., Chesterfield, MO 63005 | | | |
| Capital One Bank,  Attn.: Grant Gulickson | | $25.27 | |
| P.O. Box 85582, Richmond, VA 23260-5582 | | | |
| Totals: | | $19,898.37 | |

☐ Restitution amount ordered pursuant to plea agreement  _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ The interest requirement is waived for the.    ☐ fine    ☒ restitution.

☐ The interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 10/15)     Judgment in Criminal Case     Sheet 5B - Criminal Monetary Penalties

Judgment-Page   7   of   9

DEFENDANT:  Jatson Alvarez
CASE NUMBER:  4:16CR00101-3 RLW
District:    Eastern District of Missouri

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Farmers Bank, Attn.: Shannon Smith | | $1,057.90 | |
| P.O. Box 250, Lincoln, MO 65338-0250 | | | |
| USAA Federal Savings Bank, Attn.: Diane Mathis | | $49.74 | |
| 10750 McDermott Freeway, San Antonio, TX 78288-0544 | | | |
| Chase Bank, Attn.: Melanie Mitchell | | $136.64 | |
| 150 W. University Drive, Tempe, AZ 85281-3640 | | | |
| Alliant Credit Union | | $500.00 | |
| 1500 NW 118th Street, Des Moines, IA 50325-8242 | | | |

* Findings for the total amount of losses are required under Chapters 1 09A, 110, 11OA, and 11 3A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 09/15)     Judgment in Criminal Case      Sheet 5A - Criminal Monetary Penalties

Judgment-Page ___8___ of ___9___

DEFENDANT:  Jatson Alvarez
CASE NUMBER:  4:16CR00101-3 RLW
District:    Eastern District of Missouri

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

This obligation is joint and several with Carlos Alvarez, Miguel Almeida, and Danger Ferrer in this case, meaning that no further payments shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injuries. Payments of restitution shall be made to the Clerk of the Court for transfer to the victims. The interest requirement for the restitution is waived.

All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court. If the defendant cannot pay in full immediately, then the defendant shall make payments under the following minimum payment schedule: During incarceration, it is recommended that the defendant pay criminal monetary penalties through an installment plan in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of 50% of the funds available to the defendant. If the defendant owes any criminal monetary penalties when released from incarceration, then the defendant shall make payments in monthly installments of at least $100, or no less than 10% of the defendant's gross earnings, whichever is greater, with payments to commence no later than 30 days after release from imprisonment. Until all criminal monetary penalties are paid in full, the defendant shall notify the Court and this district's United States Attorney's Office, Financial Litigation Unit, of any material changes in the defendant's economic circumstances that might affect the defendant's ability to pay criminal monetary penalties. The defendant shall notify this district's United States Attorney's Office, Financial Litigation Unit, of any change of mailing or residence address that occurs while any portion of the criminal monetary penalties remains unpaid.

AO 245B (Rev. 10/15)   Judgment in Criminal Case       Sheet 6 - Schedule of Payments

Judgment-Page ___9___ of _9_

DEFENDANT:  Jatson Alvarez
CASE NUMBER:  4:16CR00101-3 RLW
District:     Eastern District of Missouri

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $20498.37 ____ due immediately, balance due

       ☐ not later than _____ , or

       ☐ in accordance with  ☐ C,  ☐ D, or   ☐ E below; or  ☐ F below; or

B ☐ Payment to begin immediately (may be combined with     ☐ C,   ☐ D, or  ☐ E below; or  ☐ F below; or

C ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
    _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
    _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a

    term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from
    imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

**IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Counts 1, 2, 5, 7, 8, and 12, for a total of $600, which shall be due immediately. (See Additional Terms for Criminal Monetary Penalties on page 8 regarding payment of restitution.)**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several
    Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

This obligation is joint and several with Carlos Alvarez, Miguel Almeida, and Danger Ferrer in this case, meaning that no further payments shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injuries.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1 ) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5)fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



DEFENDANT: Jatson Alvarez
CASE NUMBER: 4:16CR00101-3 RLW

USM Number: 45700-044

## UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐ The Defendant was released on _____ to _____ Probation

☐ The Defendant was released on _____ to _____ Supervised Release

☐ and a Fine of _____ ☐ and Restitution in the amount of _____

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____

FILED

MAR - 9 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No **4:16CR00101 RLW/PLC** |
| CARLOS ALVAREZ, | ) |
| MIGUEL ALMEIDA, | ) |
| JATSON ALVAREZ, AND | ) |
| DANGER FERRER, | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

### COUNT 1

(Conspiracy to Defraud)

The Grand Jury charges that:

A. **CONSPIRACY**

1. Beginning on or about February 26, 2016 and continuing through on or about March 3,

2016, in the Eastern District of Missouri and elsewhere, the defendants,

**CARLOS ALVAREZ,
MIGUEL ALMEIDA,
JATSON ALVAREZ, AND
DANGER FERRER,**

and persons known and unknown to the Grand Jury did unlawfully, willfully, and knowingly

combine, conspire, and agree with persons known and unknown to the grand jury to commit the

following offenses against the United States:

1

a. to execute a scheme and artifice to defraud federally insured financial institutions, in violation of Title 18, United States Code, Section 1344;

b. to use the mails and interstate carriers to execute a scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1341;

c. to transfer, possess, or use the means of identification of another in order to commit specified enumerated offenses, in violation of Title 18, United States Code, Section 1028A;

d. to produce, use, or traffic in one or more counterfeit access devices with the intent to defraud, in violation of Title 18, United States Code, Section 1029(a)(1);

e. to knowingly possess fifteen or more counterfeit or unauthorized access devices with the intent to defraud, in violation of Title 18, United States Code, Section 1029(a)(3); and,

f. to knowingly traffic in or use one or more unauthorized access devices in a one year period to obtain anything of value aggregating $1,000.00 or more, 1029(a)(2).

B. **OBJECT OF THE CONSPIRACY**

2. The object of the conspiracy was for the defendants, **CARLOS ALVAREZ, MIGUEL ALMEIDA, JATSON ALVAREZ, AND DANGER FERRER,** and persons known and unknown to the Grand Jury to achieve a common goal, that is: to profit from the fraudulent use of counterfeit access devices embedded with the account numbers of others.

2

C.   **OVERT ACTS**

3.     In furtherance of and to effect the objects of the conspiracy, one or more of the

co-conspirators committed and caused to be committed one or more of the following overt acts

in the Eastern District of Missouri and elsewhere;

>    a.     On or about February 26, 2016, defendant **CARLOS ALVAREZ** used the
>
>    name of L.R. in order to open a Sam's Club membership in St. Charles, Missouri;
>
>    b.     Between on or about February 26, 2016 and continuing to on or about March 3,
>
>    2016, defendants rented hotel rooms in the Eastern District of Missouri using
>
>    fraudulently purchased gift cards and gift cards that had been embedded with the
>
>    account numbers of others;
>
>    c.     On or about March 2, 2016, defendant **MIGUEL ALMEIDA** used the name of
>
>    J.H. in order to open a Sam's Club membership in Chesterfield, Missouri;
>
>    d.     On or about March 2, 2016, a person unknown to the Grand Jury shipped
>
>    through overnight delivery more than 200 counterfeit and unauthorized access
>
>    devices from Miami, Florida to defendant **DANGER FERRER** at a hotel located in
>
>    St. Louis, Missouri;
>
>    e.     On or about March 3, 2016, defendant **DANGER FERRER** accepted delivery
>
>    of the counterfeit and unauthorized access devices at a hotel in St. Louis, Missouri;
>
>    f.     Between on or about February 26, 2016 and continuing to on or about March 3,
>
>    2016, defendants used access devices embedded with the account numbers of others
>
>    in order to purchase gift cards and merchandise at retail establishments located in

3

various Missouri municipalities including: St. Louis; St. Peters; St. Charles; Wentzville; Chesterfield; Des Peres; Crestwood; Ferguson; and, Florissant as well as the Illinois communities of: Alton; Fairview Heights; Shiloh; Edwardsville; and, Glen Carbon;

g.      Between on or about February 26, 2016 and continuing to on or about March 3, 2016, defendants shipped, and attempted to ship, fraudulently obtained merchandise and gift cards from commercial shipping locations in the Eastern District of Missouri and the Southern District of Illinois to addresses located in the Southern District of Florida;

h.      On or about March 3, 2016, in the vehicle rented by defendant **DANGER FERRER**, defendants possessed approximately 241 counterfeit access devices and fraudulently obtained gift cards valued at approximately $3,000.00;

i.      On or about March 3, 2016, defendants possessed approximately 295 counterfeit access devices in a hotel room in St. Louis rented by defendant **MIGUEL ALMEIDA;** and,

j.      On or about March 3, 2016, defendant **CARLOS ALVAREZ** possessed a falsely made and fictitious State of Oklahoma drivers' license bearing his photograph, but the name of L.R.; and,

k.      On or about March 3, 2016, defendant **MIGUEL ALMEIDA** possessed a falsely made and fictitious State of Oklahoma drivers' license bearing his photograph, but the name of J.H.

In violation of Title 18, United States Code, Section 371.

4

## COUNT 2

### (Mail Fraud)

The Grand Jury realleges the facts set forth in paragraph C of Count 1 and further charges that:

### A.  **The Scheme to Defraud**

Beginning on or about February 26, 2016 and continuing through on or about March 3, 2016, in the Eastern District of Missouri and elsewhere, the defendants,

**CARLOS ALVAREZ,**
**MIGUEL ALMEIDA,**
**JATSON ALVAREZ, AND**
**DANGER FERRER,**

and persons known and unknown to the Grand Jury, devised, and intended to devise, a scheme and artifice to defraud merchants, by means of materially false and fraudulent pretenses, representations and promises that they were using legitimate access devices in order to obtain services and to purchase gift cards and merchandise, well knowing that such pretenses, representations and promises would be and were false and fraudulent when made.

1.  It was part of the scheme and artifice to defraud that:

   a.  In the Eastern District of Missouri, the Southern District of Illinois, and elsewhere, persons unknown to the Grand Jury sent by the United States Postal Service and private and interstate carriers counterfeit access devices to the defendants.

   b.  In the Eastern District of Missouri, the Southern District of Illinois, and elsewhere, defendants used the counterfeit access devices to obtain merchandise, goods, and services from various merchants.

5

c. In the Eastern District of Missouri, the Southern District of Illinois, and elsewhere, defendants used the United States Postal Service and private and interstate carriers to deliver the fraudulently obtained merchandise to persons unknown to the Grand Jury.

B. **The Mailing**

2. On or about March 3, 2016, in the Eastern District of Missouri, the defendants,

**CARLOS ALVAREZ,**
**MIGUEL ALMEIDA,**
**JATSON ALVAREZ, AND**
**DANGER FERRER,**

for the purpose of executing the above-described scheme to defraud, did knowingly cause to be deposited a letter, containing counterfeit access devices, which was sent and delivered by the United States Postal Service and a private and commercial interstate carrier from Miami, Florida to defendant **DANGER FERRER**, 10232 Natural Bridge, St. Louis, Missouri 63134.

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT 3

(Possession of Counterfeit Access Devices)

The Grand Jury further charges that:

On or about March 3, 2016, in the Eastern District of Missouri, the defendant,

**CARLOS ALVAREZ,**

being aided, abetted, counseled and induced by persons known and unknown to the Grand Jury, in a matter affecting interstate commerce, did knowingly and with intent to defraud possess more

6

than fifteen unauthorized access devices, that is: 103 counterfeit and unauthorized access devices embossed with the name of L.R.

In violation of Title 18, United States Code, Sections 1029(a)(3) and 2.


## COUNT 4

(Possession of Counterfeit Access Devices)

The Grand Jury further charges that:

On or about March 3, 2016, in the Eastern District of Missouri, the defendant,

**MIGUEL ALMEIDA,**

being aided, abetted, counseled and induced by persons known and unknown to the Grand Jury, in a matter affecting interstate commerce, did knowingly and with intent to defraud possess more than fifteen unauthorized access devices, that is: 30 counterfeit and unauthorized access devices embossed with the name of J.H.

In violation of Title 18, United States Code, Sections 1029(a)(3) and 2.


## COUNT 5

(Possession of Counterfeit Access Devices)

The Grand Jury further charges that:

On or about March 3, 2016, in the Eastern District of Missouri, the defendant,

**JATSON ALVAREZ,**

7

being aided, abetted, counseled and induced by persons known and unknown to the Grand Jury,

in a matter affecting interstate commerce, did knowingly and with intent to defraud possess more

than fifteen unauthorized access devices, that is: 73 counterfeit and unauthorized access devices.

In violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 6

(Possession of Counterfeit Access Devices)

The Grand Jury charges that:

On or about March 3, 2016, in the Eastern District of Missouri, the defendant,

**DANGER FERRER,**

being aided, abetted, counseled and induced by persons known and unknown to the Grand Jury,

in a matter affecting interstate commerce, did knowingly and with intent to defraud possess more

than fifteen unauthorized access devices, that is: 25 counterfeit and unauthorized access devices.

In violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 7

(Possession of Counterfeit Access Devices)

The Grand Jury further charges that:

On or about March 3, 2016, in the Eastern District of Missouri, the defendants,

**CARLOS ALVAREZ,**
**MIGUEL ALMEIDA,**
**JATSON ALVAREZ, AND**
**DANGER FERRER,**

8

being aided, abetted, counseled and induced by one another and persons unknown to the Grand

Jury, in a matter affecting interstate commerce, did knowingly and with intent to defraud possess

more than fifteen unauthorized access devices, that is: approximately 295 counterfeit and

unauthorized access devices.

In violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 8

(Fraudulent Use of Access Devices)

The Grand Jury further charges that:

Between on or about February 26, 2016 and continuing to on or about March 3, 2016, in

the Eastern District of Missouri, the defendants,

**CARLOS ALVAREZ,**
**MIGUEL ALMEIDA,**
**JATSON ALVAREZ, AND**
**DANGER FERRER,**

being aided, abetted, counseled and induced by one another and persons unknown to the Grand

Jury, in a matter affecting interstate commerce, did knowingly and with intent to defraud use, and

attempt to use, unauthorized access devices, that is: account numbers issued to others that were

obtained fraudulently, to obtain gift cards and other merchandise with an aggregate value

exceeding $1,000.00.

In violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1), and 2.

9

## COUNT 9

(Aggravated Identity Theft)

The Grand Jury charges that:

On or about February 26, 2016, in the Eastern District of Missouri, the defendant,

## CARLOS ALVAREZ,

being aided, abetted, counseled and induced by persons known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the account number of C.B. and C.B., during and in relation to the commission of the felony offenses of: bank fraud, Title 18, United States Code, Section 1344; production of counterfeit access devices, Title 18, United States Code, Section 1029(a)(1); use of unauthorized access devices, Title 18, United States Code, Section 1029(a)(2), and possession of 15 or more counterfeit access devices, Title 18, United States Code, Section 1029(a)(3).

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 10

(Aggravated Identity Theft)

The Grand Jury further charges that:

On or about March 1, 2016, in the Eastern District of Missouri, the defendant,

## CARLOS ALVAREZ,

being aided, abetted, counseled and induced by persons known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the account number of T.T., during and in relation to the commission of the felony offenses of: bank fraud, Title 18, United States Code, Section 1344; production of

10

counterfeit access devices, Title 18, United States Code, Section 1029(a)(1); use of unauthorized access devices, Title 18, United States Code, Section 1029(a)(2), and possession of 15 or more counterfeit access devices, Title 18, United States Code, Section 1029(a)(3).

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 11

### (Aggravated Identity Theft)

The Grand Jury charges that:

On or about March 3, 2016, in the Eastern District of Missouri, the defendant,

### MIGUEL ALMEIDA,

being aided, abetted, counseled and induced by persons known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the account number of L.S., during and in relation to the commission of the felony offenses of: bank fraud, Title 18, United States Code, Section 1344; production of counterfeit access devices, Title 18, United States Code, Section 1029(a)(1); use of unauthorized access devices, Title 18, United States Code, Section 1029(a)(2), and possession of 15 or more counterfeit access devices, Title 18, United States Code, Section 1029(a)(3).

In violation of Title 18, United States Code, Sections 1028A and 2.

11

## COUNT 12

(Aggravated Identity Theft)

The Grand Jury further charges that:

On or about February 29, 2016, in the Eastern District of Missouri, the defendant,

## JATSON ALVAREZ,

being aided, abetted, counseled and induced by persons known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the account number of A.M., during and in relation to the commission of the felony offenses of: bank fraud, Title 18, United States Code, Section 1344; production of counterfeit access devices, Title 18, United States Code, Section 1029(a)(1); use of unauthorized access devices, Title 18, United States Code, Section 1029(a)(2), and possession of 15 or more counterfeit access devices, Title 18, United States Code, Section 1029(a)(3).

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 13

(Aggravated Identity Theft)

The Grand Jury charges that:

On or about February 27, 2016, in the Eastern District of Missouri, the defendant,

## DANGER FERRER,

being aided, abetted, counseled and induced by persons known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the account number of S.D.K., during and in relation to the commission of the felony offenses of: bank fraud, Title 18, United States Code, Section 1344; production of

12

counterfeit access devices, Title 18, United States Code, Section 1029(a)(1); use of unauthorized access devices, Title 18, United States Code, Section 1029(a)(2), and possession of 15 or more counterfeit access devices, Title 18, United States Code, Section 1029(a)(3).

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 14

### (Aggravated Identity Theft)

The Grand Jury further charges that:

On or about February 27, 2016, in the Eastern District of Missouri, the defendant,

### DANGER FERRER,

being aided, abetted, counseled and induced by persons known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the account number of N.M., during and in relation to the commission of the felony offenses of: bank fraud, Title 18, United States Code, Section 1344; production of counterfeit access devices, Title 18, United States Code, Section 1029(a)(1); use of unauthorized access devices, Title 18, United States Code, Section 1029(a)(2), and possession of 15 or more counterfeit access devices, Title 18, United States Code, Section 1029(a)(3).

In violation of Title 18, United States Code, Sections 1028A and 2.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28,

13

United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 371 or 1341 as set forth in Counts 1 and 2, the defendant(s) shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation(s).

2.        Pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C), upon conviction of an offense in violation of Title 18, United States Code, Section 1029 as set forth in Counts 3 through 8, the defendant(s) shall forfeit to the United States of America any property constituting, or derived from, proceeds the defendant(s) obtained, directly or indirectly, as a result of such violation and any personal property used or intended to be used to commit the offense.

3.        Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to such violation(s).

4.        If any of the property described above, as a result of any act or omission of the defendant(s):

a.        cannot be located upon the exercise of due diligence;

b.        has been transferred or sold to, or deposited with, a third party;

c.        has been placed beyond the jurisdiction of the court;

d.        has been substantially diminished in value; or

e.        has been commingled with other property which cannot be divided without difficulty,

14

the United States of America will be entitled to the forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
TRACY LYNN BERRY - 014753 TN
Assistant United States Attorney

15

Query    Reports    Utilities    Help    What's New    Log Out

**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in <u>all</u> criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation *or* state that a defendant did not cooperate with the government. <u>The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.</u>**

INTERP,R/R

# U.S. District Court
## Eastern District of Missouri (St. Louis)
## CRIMINAL DOCKET FOR CASE #: 4:16-cr-00101-RLW-3

---

Case title: USA v. Alvarez et al

Magistrate judge case number: 4:16-mj-01097-JMB

Date Filed: 03/09/2016

Date Terminated: 11/22/2016

---

Assigned to: District Judge Ronnie L. White

**<u>Defendant (3)</u>**

**Jatson Alvarez**
*TERMINATED: 11/22/2016*
*also known as*
Jatzon Alverez
*TERMINATED: 11/22/2016*

represented by **Felicia A. Jones**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: Felicia_jones@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*
*Bar Status: Gov*

**St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER - St
Louis
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: moe_ecfnote@fd.org

*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*
*Bar Status: Gov*

**Lucille G. Liggett**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: lucy_liggett@fd.org
*TERMINATED: 03/16/2016*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*
*Bar Status: Gov*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD (1r) | The defendant pleaded guilty to count one, two, five, seven, eight, and 12 of the indictment on August 18, 2016. The defendant is hereby committed to the custody of the Bureau or Prisons for a total term of 54 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years. The defendant shall pay restitution in the amount of $19,898.37 and a special assessment in the amount of $600.00. |
| MAIL FRAUD (2r) | The defendant pleaded guilty to count one, two, five, seven, eight, and 12 of the indictment on August 18, 2016. The defendant is hereby committed to the custody of the Bureau or Prisons for a total term of 54 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years. The defendant shall pay restitution in the amount of $19,898.37 and a special assessment in the amount of $600.00. |
| POSSESSION OF 15 OR MORE COUNTERFEIT ACCESS DEVICES (5r) | The defendant pleaded guilty to count one, two, five, seven, eight, and 12 of the indictment on August 18, 2016. The defendant is hereby committed to the custody of the Bureau or Prisons for a total |

Query    Reports    Utilities    Help    What's New    Log Out

supervised release for a term of three years. The defendant shall pay restitution in the amount of $19,898.37 and a special assessment in the amount of $600.00.

POSSESSION OF 15 OR MORE COUNTERFEIT ACCESS DEVICES (7r)

The defendant pleaded guilty to count one, two, five, seven, eight, and 12 of the indictment on August 18, 2016. The defendant is hereby committed to the custody of the Bureau or Prisons for a total term of 54 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years. The defendant shall pay restitution in the amount of $19,898.37 and a special assessment in the amount of $600.00.

FRAUDULENT USE OF ACCESS DEVICE (8r)

The defendant pleaded guilty to count one, two, five, seven, eight, and 12 of the indictment on August 18, 2016. The defendant is hereby committed to the custody of the Bureau or Prisons for a total term of 54 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years. The defendant shall pay restitution in the amount of $19,898.37 and a special assessment in the amount of $600.00.

AGGRAVATED IDENTITY THEFT (12r)

The defendant pleaded guilty to count one, two, five, seven, eight, and 12 of the indictment on August 18, 2016. The defendant is hereby committed to the custody of the Bureau or Prisons for a total term of 54 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years. The defendant shall pay restitution in the amount of $19,898.37 and a special assessment in the amount of $600.00.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

| Complaints | Disposition |
|---|---|
| 18:1029A.F; POSSESSION OF 15 OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES | The defendant pleaded guilty to count one, two, five, seven, eight, and 12 of the indictment on August 18, 2016. The defendant is hereby committed to the custody of the Bureau or Prisons for a total term of 54 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years. The defendant shall pay restitution in the amount of $19,898.37 and a special assessment in the amount of $600.00. |

**Plaintiff**

**USA**                                           represented by   **Tracy L. Berry**
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
Fax: 314-539-2309
Email: tracy.berry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Gov*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2016 | 1 | COMPLAINT WITH AFFIDAVIT as to Jatson Alverez (1). (Attachments: # 1 Criminal Cover Sheet) (DJO) [4:16-mj-01097-JMB] (Entered: 03/07/2016) |
| 03/04/2016 | 2 | ENTRY OF ATTORNEY APPEARANCE Tracy L. Berry appearing for USA. (DJO) [4:16-mj-01097-JMB] (Entered: 03/07/2016) |
| 03/04/2016 | 3 | MOTION for Pretrial Detention and Hearing by USA as to Jatson Alverez. (DJO) [4:16-mj-01097-JMB] (Entered: 03/07/2016) |
| 03/04/2016 | | Warrant Issued as to Complaint in case as to Jatson Alverez. (DJO) [4:16-mj-01097-JMB] (Entered: 03/07/2016) |

Query      Reports      Utilities      Help      What's New      Log Out

| | | |
|---|---|---|
| | | appearance.. Signed by Magistrate Judge John M. Bodenhausen on 4/7/16. (LGK) [4:16-mj-01097-JMB] (Entered: 03/07/2016) |
| 03/07/2016 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jatson Alverez for all further proceedings in the case.. Signed by Magistrate Judge John M. Bodenhausen on 3/7/16. (LGK) [4:16-mj-01097-JMB] (Entered: 03/07/2016) |
| 03/07/2016 | | Arrest of defendant Jatson Alverez date of arrest: 3/7/16 (CAR) [4:16-mj-01097-JMB] (Entered: 03/08/2016) |
| 03/07/2016 | 6 | Minute Entry for proceedings held before Magistrate Judge John M. Bodenhausen:Initial Appearance/Rule 5 as to Jatson Alverez held on 3/7/2016. Defendant given copy of: Complaint. Court to appoint: Federal Public Defender. Pretrial Services bail report received on: 3/7/16. Pretrial Services Officer: Shannon McAlister. Preliminary and Detention Hearing set for 3/10/2016 at 9:00 AM in Courtroom 15S before Magistrate Judge John M. Bodenhausen. (FTR Gold Operator initials:C. Ritter.) (FTR Gold: Yes.) (proceedings started: 12:14 pm.) (proceedings ended: 12:23 pm.) (Defendant Location: Remanded to Custody.) (CAR) [4:16-mj-01097-JMB] (Entered: 03/08/2016) |
| 03/07/2016 | 7 | INTERPRETER USAGE REPORT as to defendant Jatson Alverez Interpreter: Fernando Torres proceedings started: 12:14 pm proceedings ended: 12:23 pm (CAR) [4:16-mj-01097-JMB] (Entered: 03/08/2016) |
| 03/07/2016 | 8 | CJA 23 Financial Affidavit by Jatson Alverez (CAR) [4:16-mj-01097-JMB] (Entered: 03/08/2016) |
| 03/08/2016 | 9 | BAIL REPORT(FILED UNDER SEAL) as to Jatson Alverez. (SMM) [4:16-mj-01097-JMB] (Entered: 03/08/2016) |
| 03/09/2016 | 11 | INDICTMENT returned in open court on 03/09/2016 to Judge John A. Ross by the Foreperson of the Grand Jury. Referred to Magistrate Judge Patricia L. Cohen as to Carlos Alverez (1) count(s) 1, 2, 3, 7, 8, 9-10, Miguel Almeida (2) count(s) 1, 2, 4, 7, 8, 11, Jatson Alverez (3) count(s) 1, 2, 5, 7, 8, 12, Danger Ferrer (4) count(s) 1, 2, 6-7, 8, 13-14. (Attachments: # 1 Criminal Cover Sheet)(FORFEITURE ALLEGATION) (WARRANTS ISSUED) (DJO) (Entered: 03/10/2016) |
| 03/09/2016 | 12 | REDACTED INDICTMENT returned in open court on 03/09/2016 to Judge John A. Ross by the Foreperson of the Grand Jury. Referred to Magistrate Judge Patricia L. Cohen as to Carlos Alverez (1): Former count 1 is now count 1r. Former count 2 is now count 2r. Former count 3 is now count 3r. Former count 7 is now count 7r. Former count 8 is now count 8r. Former count 9-10 is now count 9r-10r. Miguel Almeida (2): Former count 1 is now count 1r. Former count 2 is now count 2r. Former count 4 is now count 4r. Former count 7 is now count 7r. Former count 8 is now count 8r. Former count 11 is now count 11r. Jatson Alverez (3): Former count 1 is now count 1r. Former count 2 is now count 2r. Former count 5 is now count 5r. Former count 7 is now count 7r. Former count 8 is now count 8r. Former count 12 is now count 12r. Danger Ferrer (4): Former count 1 is now count 1r. Former count 2 is now count 2r. Former count 6-7 is now count 6r-7r. Former count 8 is now count 8r. Former count 13-14 is now count 13r-14r.. (DJO) (Entered: 03/10/2016) |

Query   Reports   Utilities   Help   What's New   Log Out

| 03/10/2016 | 14 | Minute Entry for proceedings held before Magistrate Judge John M. Bodenhausen:Detention Hearing as to Jatson Alverez held on 3/10/2016. Argument presented. Matter taken under submission. (FTR Gold Operator initials:C. Ritter.) (FTR Gold: Yes.) (proceedings started: 9:16 am.) (proceedings ended: 9:24 am.) (Defendant Location: Remanded to Custody.) (CAR) (Entered: 03/10/2016) |
|---|---|---|
| 03/10/2016 | 18 | INTERPRETER USAGE REPORT as to defendant Carlos Alverez, Miguel Almeida, Jatson Alverez, Danger Ferrer Interpreter: Fernando Torres proceedings started: 9:16 am proceedings ended: 9:41 am (CAR) (Entered: 03/10/2016) |
| 03/10/2016 | 25 | MOTION for Extension For Additional Time To Obtain and Review Discovery Materials and To Determine Whether and/or What Pretrial Motions are to be Filed by Jatson Alverez. (MCB) (Entered: 03/10/2016) |
| 03/10/2016 | 26 | Minute Entry for proceedings held before Magistrate Judge Patricia L. Cohen:Arraignment: Parties present for arraignment as to Jatson Alverez on 3/10/2016. Defendant sworn. Defendant waives reading of indictment, plea of not guilty as to Count 1r,2r,5r,7r,8r,12r. Oral motion for extension of time to file pretrial motions is granted. Attorney St. Louis Fed Public Defender terminated. Request for additional time to investigate pretrial motions is made. The government does not object. Court grants additional time and makes speedy trial finding on the record. Order on pretrial mtoions to issue. (FTR Gold Operator initials:K. Stamm.) (FTR Gold: Yes.) (proceedings started: 10:43.) (proceedings ended: 10:52.) (Defendant Location: custody.) (MCB) (Entered: 03/10/2016) |
| 03/10/2016 | 27 | ORDER CONCERNING PRETRIAL MOTIONS as to Jatson Alverez. Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information. IT IS FURTHER ORDERED that defendants oral motion for extension of time within which to file motions is IT IS FURTHER ORDERED that Defendant's Motion for Extension of Time within which to file motions is GRANTED. 25 . The parties shall respond to any such request for pretrial disclosure not later than March 15, 2016. Counsel for defendant to file with the court a memorandum if defendant chooses not to file any pretrial motions not later than March 24, 2016. Criminal Pretrial Motion due by 3/24/2016. Evidentiary Hearing set for 4/1/2016 09:30 AM in Courtroom 9N before Magistrate Judge Patricia L. Cohen.Signed by Magistrate Judge Patricia L. Cohen on March 10, 2016. (MCB) (Entered: 03/10/2016) |
| 03/10/2016 | 31 | INTERPRETER USAGE REPORT as to defendant Carlos Alverez, Miguel Almeida, Jatson Alverez, Danger Ferrer Interpreter: Fernando Torres proceedings started: 9:47 proceedings ended: 10:52 (MCB) (Entered: 03/10/2016) |
| 03/10/2016 | 33 | Warrant Returned Executed as to Complaint on 3/7/16 in case 4:16mj1097 as to Jatson Alverez (CAR) (Entered: 03/10/2016) |
| 03/14/2016 | | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401. (CSAW) (Entered: 03/14/2016) |

| 03/16/2016 | 43 | Substitution of Attorney as to Jatson Alverez Terminating Lucille G. Liggett Replaced by substituted attorney Felicia Jones (Jones, Felicia) (Entered: 03/16/2016) |
| 03/16/2016 | 44 | MOTION for Extension of Time to Disclose Rule 16 Evidence by USA as to Carlos Alverez, Miguel Almeida, Jatson Alverez, Danger Ferrer. (Berry, Tracy) (Entered: 03/16/2016) |
| 03/16/2016 | 45 | DISCLOSURE of Arguably Suppressible Evidence as to Carlos Alverez, Miguel Almeida, Jatson Alverez, Danger Ferrer *and*, Letter Regarding Discovery as to Carlos Alverez, Miguel Almeida, Jatson Alverez, Danger Ferrer (Berry, Tracy) (Entered: 03/16/2016) |
| 03/18/2016 | 49 | ORDER DENYING 3 MOTION FOR PRETRIAL DETENTION AND SETTING CONDITIONS OF RELEASE. Bail is set in the amount of $20,000, to be secured by a deposit of $4,000. Signed by Magistrate Judge John M. Bodenhausen on 3/18/16. (CAR) (Entered: 03/18/2016) |
| 03/24/2016 | 56 | ORDER as to Carlos Alverez (1), Miguel Almeida (2), Jatson Alverez (3), and Danger Ferrer (4). IT IS HEREBY ORDERED that Government's motion [Doc. 44 ] is DENIED without prejudice. Signed by Magistrate Judge Patricia L. Cohen on 3/24/16. (EAB) (Entered: 03/24/2016) |
| 03/24/2016 | 57 | MOTION for Extension of Time To file Pretrial Motions by Jatson Alverez. (Jones, Felicia) (Entered: 03/24/2016) |
| 03/25/2016 | 59 | AFFIDAVIT OF OWNERSHIP for Jatson Alverez in the amount of $4,000.00 ; owner of bond Maritea Moreno Hernandez. (Note - no clerk signature or seal as document was received by mail.) (Attachments: # 1 envelope) (CBL) (Entered: 03/25/2016) |
| 03/25/2016 |  | Receipt 4644056138 in the amount of $4000.00 for COMM REG-OTHER-BOND-COLB on behalf of Jatson Alvarez (CCAM) (Entered: 03/27/2016) |
| 03/28/2016 | 60 | ORDER AND SPEEDY TRIAL FINDING as to Jatson Alverez (3). (See Full Order.) IT IS HEREBY ORDERED that Defendant's motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is GRANTED. [Doc. 57 ] IT IS FURTHER ORDERED that Defendant shall have until April 14, 2016, to file any pretrial motions or waiver of motions. The Government shall have until April 21, 2016, to respond. IT IS FURTHER ORDERED that the Evidentiary/Waiver Hearing presently set for April 1, 2016, is continued and rescheduled for April 25, 2016, at 9:30 a.m. Defendant and counsel for both parties are required to attend. Signed by Magistrate Judge Patricia L. Cohen on 3/28/2016. (CBL) (Entered: 03/28/2016) |
| 03/28/2016 | 61 | Minute Entry for proceedings held before Magistrate Judge John M. Bodenhausen:Bond Execution as to Jatson Alverez held on 3/28/2016. Bond executed in the amount of: $20,000 secured by $4,000. Defendant released on bond. (TIP Interpreter name: Maria Laura Angel.)(FTR Gold Operator initials:ARL.) (FTR Gold: Yes.) (proceedings started: 1:57 p.m.) (proceedings ended: 2:16 p.m.) (Defendant Location: Bond.) (CBL) (Entered: 03/28/2016) |
| 03/28/2016 | 62 | ORDER Setting Conditions of Release by Defendant Jatson Alverez. Signed by Magistrate Judge John M. Bodenhausen on 3/28/2016. (CBL) (Entered: 03/28/2016) |

| | | (CBL) (Entered: 03/28/2016) |
|---|---|---|
| 03/28/2016 | 64 | INTERPRETER USAGE REPORT as to defendant Jatson Alverez Interpreter: Maria Laura Angel proceedings started: 1:57 p.m. proceedings ended: 2:16 p.m. (CBL) (Entered: 03/28/2016) |
| 04/15/2016 | 73 | MOTION for Extension of Time To File Pretrial Motions by Jatson Alverez. (Jones, Felicia) (Entered: 04/15/2016) |
| 04/19/2016 | 75 | ORDER as to Jatson Alverez (3) - IT IS HEREBY ORDERED that Defendant's motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is GRANTED. [Doc. 73] IT IS FURTHER ORDERED that Defendant shall have until May 2, 2016, to file any pretrial motions or waiver of motions. The Government shall have until May 9, 2016, to respond. IT IS FURTHER ORDERED that the Evidentiary/Waiver Hearing presently set for April 25, 2016, is continued and rescheduled for May 17, 2016, at 9:30 a.m. Defendant and counsel for both parties are required to attend. Criminal Pretrial Motion due by 5/2/2016. Evidentiary Hearing set for 5/17/2016 09:30 AM in Courtroom 9N before Magistrate Judge Patricia L. Cohen. Signed by Magistrate Judge Patricia L. Cohen on April 19, 2016. (MCB) (Entered: 04/19/2016) |
| 05/02/2016 | 90 | MOTION for Extension of Time To File Pretrial Motions by Jatson Alverez. (Jones, Felicia) (Entered: 05/02/2016) |
| 05/04/2016 | 91 | ORDER as to Jatson Alverez (3). IT IS HEREBY ORDERED that Defendant's motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is GRANTED. [Doc. 90 ] IT IS FURTHER ORDERED that Defendant shall have until May 16, 2016, to file any pretrial motions or waiver of motions. The Government shall have until May 23, 2016, to respond. IT IS FURTHER ORDERED that the Evidentiary/Waiver Hearing presently set for May 17, 2016, is continued and rescheduled for May 26, 2016, at 9:30 a.m. Defendant and counsel for both parties are required to attend. The Court will not consider further continuance requests. Signed by Magistrate Judge Patricia L. Cohen on 5/4/16. (EAB) (Entered: 05/04/2016) |
| 05/09/2016 | 94 | MOTION to Suppress Evidence by Jatson Alverez. (Jones, Felicia) (Entered: 05/09/2016) |
| 05/23/2016 | 95 | RESPONSE to Motion by USA as to Jatson Alverez re 94 MOTION to Suppress Evidence (Berry, Tracy) (Entered: 05/23/2016) |
| 05/26/2016 | 96 | Minute Entry for proceedings held before Magistrate Judge Patricia L. Cohen: Evidentiary Hearing as to Jatson Alverez held on 5/26/2016. Parties present for Evidentiary Hearing. Testimony heard. Exhibits received. Motion to Suppress and case taken under submission. (Court Reporter:R. Fiorino.)(FTR Gold Operator initials:N/A.) (FTR Gold: No.) (proceedings started: 9:39 am.) (proceedings ended: 10:08 am.) (Defendant Location: Bond.) (EAB) (Entered: 05/26/2016) |
| 05/26/2016 | 97 | TRANSCRIPT of 96 (EVIDENTIARY) as to Jatson Alverez held on 5/26/16 before Judge Cohen. Court Reporter: Reagan Fiorino, Reagan_Fiorino@moed.uscourts.gov, 314-244-7989. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due |

Query     Reports     Utilities     Help     What's New     Log Out

| 05/26/2016 | 98 | CLERKS WITNESS LIST as to Jatson Alverez as to Evidentiary Hearing. (EAB) (Entered: 05/27/2016) |
|---|---|---|
| 05/26/2016 | 99 | CLERKS EXHIBIT LIST as to Jatson Alverez as to Evidentiary Hearing. (EAB) (Entered: 05/27/2016) |
| 05/26/2016 | 100 | INTERPRETER USAGE REPORT as to defendant Jatson Alverez Interpreter: Fernando Torres proceedings started: 9:39 am proceedings ended: 10:08 am. (EAB) (Entered: 05/27/2016) |
| 06/14/2016 | | REMARK as to Carlos Alvarez, Miguel Almeida, Jatson Alvarez, Danger Ferrer: The spelling of Carlos Alverez and Jatson Alverez should have been corrected to Alvarez when the indictment was filed on 3/9/16. Therefore, as directed by the Court the docket sheet has been updated to indicate the correct spelling of Alvarez as to these two defendants. (KXS) (Entered: 06/14/2016) |
| 06/17/2016 | 108 | REPORT AND RECOMMENDATION as to Jatson Alvarez.IT IS HEREBY RECOMMENDED that Defendant's motion to suppress [Doc. 94 ] should be DENIED. The parties are advised that they have fourteen (14) days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. Section 636 (b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact. Signed by Magistrate Judge Patricia L. Cohen on 6/17/2016. (CBL) (Entered: 06/17/2016) |
| 06/29/2016 | 114 | MOTION to Modify Conditions of Release by Jatson Alvarez. (Jones, Felicia) (Entered: 06/29/2016) |
| 06/30/2016 | 115 | ORDER MODIFYING CONDITIONS OF RELEASE: IT IS HEREBY ORDERED that Defendants Motion to Modify (ECF No. 114) is GRANTED as described herein. IT IS FURTHER ORDERED that all other Conditions of Release remain in effect. Signed by Magistrate Judge John M. Bodenhausen on 6/30/2016. (KMS) (Entered: 06/30/2016) |
| 07/05/2016 | 119 | ORDER as to Jatson Alvarez : IT IS HEREBY ORDERED that the Report and Recommendation of the United States Magistrate Judge (ECF No. 108 ) is SUSTAINED, ADOPTED, AND INCORPORATED herein. IT IS FURTHER ORDERED that Defendant's pre-trial Motion to Suppress Evidence (ECF No. 94 ) is DENIED. Signed by District Judge Ronnie L. White on 07/05/2016. (KCB) (Entered: 07/05/2016) |
| 07/05/2016 | 120 | ORDER Setting Forth Trial Procedures in Criminal Cases as to Carlos Alvarez, Jatson Alvarez : IT IS HEREBY ORDERED that the Jury Trial in this matter as to defendants Carlos Alvarez and Jatson Alvarez is set for Monday, August 15, 2016 at 9:00 a.m. IT IS FURTHER ORDERED that any request for continuance of the trial of this matter shall be made in writing and filed with the Clerk of Court. At the time of any request for continuance by defendant, defendant shall present to the Court a fully executed Waiver of Speedy Trial. IT IS FURTHER ORDERED that the prosecutor and counsel for defendant(s) are directed to comply with each of the following procedures and requirements. (SEE ORDER FOR COMPLETE DETAILS.)( Jury Trial set for 8/15/2016 09:00 AM in Courtroom 10S before District Judge Ronnie L. White.) Signed by District Judge Ronnie L. White on 07/05/2016. (KCB) (Entered: |

| 07/22/2016 | 127 | WAIVER of Speedy Trial by Jatson Alvarez (Jones, Felicia) (Entered: 07/22/2016) |
|---|---|---|
| 07/27/2016 | 131 | MOTION to Continue ; Trial by Jatson Alvarez. (Jones, Felicia) (Entered: 07/27/2016) |
| 07/28/2016 | 132 | ORDER as to Jatson Alvarez: IT IS HEREBY ORDERED that the defendant Jatson Alvarez's motion to remove his case from the trial docket of August 15, 2016 and to schedule this matter for a possible change of plea hearing [ # 131 ] is granted. IT IS FURTHER ORDERED that the plea hearing as to defendant Jatson Alvarez is set for Thursday, August 18, 2016 at 10:30 a.m. in Courtroom 10-South. ( Change of Plea Hearing set for 8/18/2016 10:30 AM in Courtroom 10S before District Judge Ronnie L. White.) Signed by District Judge Ronnie L. White on 07/28/2016. (KCB) (Entered: 07/28/2016) |
| 08/18/2016 | 141 | Minute Entry for proceedings held before District Judge Ronnie L. White:Change of Plea Hearing as to Jatson Alvarez held on 8/18/2016 as to count(s) 1, 2, 5, 7, 8 & 12. Objections to Presentence Report due by 10/27/2016. Sentencing set for 11/17/2016 10:00 AM in Courtroom 10S before District Judge Ronnie L. White. (TIP Interpreter name: Maira Hays)(Court Reporter:D. Kriegshauser) (FTR Gold: No) (proceedings started: 10:34 a.m) (proceedings ended: 11:10 a.m) *(Defendant Location: Bond)* (NEB) (Entered: 08/18/2016) |
| 08/18/2016 | 142 | GUILTY PLEA AGREEMENT by USA, Jatson Alvarez as to Jatson Alvarez (NEB) (Entered: 08/18/2016) |
| 08/18/2016 | 143 | ORDER as to Jatson Alvarez...IT IS HEREBY ORDERED that the sentencing as to defendant is set for Thursday, November 17, 2016 at 10:00 a.m. IT IS FURTHER ORDERED that the deadline for filing objections, if any, to the Presentence Report is October 27, 2016. IT IS FURTHER ORDERED that no objections shall be filed after the deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request. [SEE ORDER FOR COMPLETE DETAILS.] (Objections to Presentence Report due by 10/27/2016. Sentencing set for 11/17/2016 10:00 AM in Courtroom 10S before District Judge Ronnie L. White.) Signed by District Judge Ronnie L. White on 8/18/2016. (NEB) (Entered: 08/18/2016) |
| 08/19/2016 | 144 | RESTITUTION QUESTIONNAIRE (FILED UNDER SEAL) by USA as to Carlos Alvarez, Miguel Almeida, Jatson Alvarez, Danger Ferrer. A redacted copy will be provided to defense counsel by USA. (Berry, Tracy) (Entered: 08/19/2016) |
| 09/27/2016 | 160 | MOTION to Modify Conditions of Release */Bond* by Jatson Alvarez. (Jones, Felicia) (Entered: 09/27/2016) |
| 09/28/2016 | 161 | ORDER as to Jatson Alvarez : IT IS HEREBY ORDERED that the defendants motion to modify his conditions of bond [ECF# 160 ] is GRANTED. IT IS FURTHER ORDERED that Defendant Jatson Alvarezs conditions of bond imposed on March 28, 2016 are now modified to permit defendant to move from Miami, Florida to live with his mother at her new home at 7503 Ellicott, Tampa, Florida 33613. Defendant will be supervised by Florida Middle Pretrial Services, Tampa. All other conditions will remain the same until further recommendation from U.S. Pretrial Services at the time of sentencing. Signed by District Judge Ronnie L. White on 09/28/2016. (KCB) (Entered: 09/28/2016) |

| | | Tuesday, November 22, 2016 at 10:00 a.m. in Courtroom 10-South. ( Sentencing set for 11/22/2016 10:00 AM in Courtroom 10S before District Judge Ronnie L. White.) Signed by District Judge Ronnie L. White on 10/21/2016. (KCB) (Entered: 10/21/2016) |
|---|---|---|
| 11/15/2016 | 189 | FINAL PRESENTENCE INVESTIGATION REPORT as to Jatson Alvarez (Attachments: # 1 Letter)(GZT) (Entered: 11/15/2016) |
| 11/21/2016 | 192 | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by USA as to Jatson Alvarez (Berry, Tracy) (Entered: 11/21/2016) |
| 11/21/2016 | 193 | MOTION for Leave to File *Document Under Seal* by Jatson Alvarez. (Jones, Felicia) (Entered: 11/21/2016) |
| 11/21/2016 | 194 | SENTENCING MEMORANDUM - SEALED by defendant Jatson Alvarez (Jones, Felicia) (Entered: 11/21/2016) |
| 11/21/2016 | 195 | SENTENCING MEMORANDUM *Response* by USA as to Jatson Alvarez re 194 Sentencing Memorandum (Berry, Tracy) (Entered: 11/21/2016) |
| 11/22/2016 | 196 | Docket Text ORDER as to Jatson Alvarez: IT IS HEREBY ORDERED that Defendant Jatson Alvarez's Motion for Leave to File Document Under Seal [ECF No. 193] is GRANTED. Signed by District Judge Ronnie L. White on 11/22/16. (JEB) (Entered: 11/22/2016) |
| 11/22/2016 | 197 | Minute Entry for proceedings held before District Judge Ronnie L. White:Sentencing as to Jatson Alvarez held on 11/22/2016. No Objections to Presentence report filed by either party. Presentence Report adopted/accepted by Court as findings of fact. Sentence imposed (see Judgment). (Court Reporter:D. Kriegshauser) (FTR Gold: No) (proceedings started: 10:00) (proceedings ended: 10:20) (Defendant Location: BOND) (BRP) (Entered: 11/22/2016) |
| 11/22/2016 | 198 | JUDGMENT as to Jatson Alvarez: The defendant pleaded guilty to count one, two, five, seven, eight, and 12 of the indictment on August 18, 2016. The defendant is hereby committed to the custody of the Bureau or Prisons for a total term of 54 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years. The defendant shall pay restitution in the amount of $19,898.37 and a special assessment in the amount of $600.00. Signed by District Judge Ronnie L. White on November 22, 2016. (BRP) (Entered: 11/22/2016) |
| 11/22/2016 | 199 | STATEMENT OF REASONS for Sentence as to defendant Jatson Alvarez. Signed by District Judge Ronnie L. White on November 22, 2016. (BRP) (Entered: 11/22/2016) |
| 11/30/2016 | 204 | NOTICE by Jatson Alvarez of Certification of Compliance with Local Rule 12.07. (Jones, Felicia) (Entered: 11/30/2016) |
| 12/06/2016 | 205 | BOP Designation as to Jatson Alvarez. Defendant designated to CI GILES W. DALBY. (BRP) (Entered: 12/06/2016) |
| 01/12/2017 | 209 | ORDER (Financial) as to Jatson Alvarez To surety of record In the Amount of $4,000.00. Signed by District Judge Ronnie L. White on 1/12/2017. (NEB) (Entered: 01/12/2017) |

| | | |
|---|---|---|
| 04/25/2017 | | Receipt CT 4644064177 in the amount of $30.30 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 04/27/2017) |
| 10/13/2017 | | Receipt CT 4644067872 in the amount of $35.00 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 10/17/2017) |
| 01/08/2018 | | Receipt CT 4644069655 in the amount of $7.62 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 01/10/2018) |
| 04/23/2018 | | Receipt CT 4644071801 in the amount of $89.07 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 04/25/2018) |
| 07/23/2018 | | Receipt CT 4644073571 in the amount of $10.00 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 07/25/2018) |
| 10/19/2018 | | Receipt CT 4644075391 in the amount of $25.11 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 10/23/2018) |
| 05/07/2019 | | Receipt CT 4644079649 in the amount of $15.00 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 05/09/2019) |
| 07/22/2019 | | Receipt CT 4644081399 in the amount of $54.85 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 07/24/2019) |
| 11/01/2019 | | Receipt CTC 4644083610 in the amount of $6.84 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 11/14/2019) |
| 10/09/2020 | | Receipt CTC 4644089886 in the amount of $25.00 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 10/14/2020) |
| 12/21/2020 | | Receipt CTC 4644091132 in the amount of $25.00 for SPECIAL PENALTY ASSESSMENT on behalf of Alvarez, Jatson (CCAM) (Entered: 12/23/2020) |